# COMPOSITE EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| Victor A. Ducharne Jr.,<br>Plaintiff,<br><br>v.<br><br>Google LLC and X Corp.,<br>Defendants. | Civil Action No.: ________________<br><br>**Removed From:**<br><br>The Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.<br><br>Case No.: 2023-004697-CA-01 |

**Index of Composite Exhibit A**

| | |
|---|---|
| Tab 1 | State Court Docket Sheet |
| Tab 2 | Third Amended Complaint, D.E. 18<br>(filed Aug. 27, 2024) |
| Tab 3 | Summons to Google, D.E. 21<br>(issued Aug. 29, 2024) |
| Tab 4 | Affidavit of Service for Google, D.E. 26<br>(filed Aug. 30, 2024) |
| Tab 5 | Google's Notice of Appearance, D.E. 30<br>(filed Sept. 11, 2024) |
| Tab 6 | State Court Order finding good cause for lack of prosecution, D.E. 31<br>(issued Sept. 12, 2024) |
| Tab 7 | Google's Agreed Motion extending response deadline, D.E. 33<br>(filed Sept. 16, 2024) |
| Tab 8 | State Court Order extending Google's response deadline, D.E. 32<br>(issued Sept. 16, 2024) |
| Tab 9 | X Corp's Agreed Motion extending response deadline, D.E. 34<br>(filed Sept. 18, 2024) |
| Tab 10 | State Court Order extending X Corp.'s response deadline, D.E. 35<br>(issued Sept. 19, 2024) |

# Composite Exhibit A
# Tab 1

State Court Docket Sheet

JUAN FERNANDEZ-BARQUIN, ESQ.
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

Contact Us My Account My Desk

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

BACK

VICTOR A DUCHARNE, JR. VS SEL ELECTRIC LLC ET AL

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2023-004697-CA-01 | **Filing Date:** | 03/16/2023 |
| **State Case Number:** | 132023CA004697000001 | **Judicial Section:** | CA23 - Downtown Miami - Judge Perkins, Joseph D |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Libel / Slander |

## Related Cases

Total Of Related Cases: 0

## Parties

Total Of Parties: 4

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | DUCHARNE, VICTOR A, Jr | | |
| Defendant | SEL ELECTRIC LLC | | |
| Defendant | X CORP | **B#: (Bar Number)98455**<br>N: (Attorney Name)Gregory, Boulos | |
| Defendant | GOOGLE LLC | **B#: (Bar Number)107216**<br>N: (Attorney Name)Romero, Ezequiel J | **B#: (Bar Number)923591**<br>N: (Attorney Name)Whitaker, Damon Justin |

## Hearing Details

Total Of Hearings: 2

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|
| 09/12/2024 | 10:30AM | FWOP | FWOP Hearing | |
| 08/28/2024 | 9:00AM | MOTCAL | Motion Calendar | |

## Dockets

Total Of Dockets: 39

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 36 | 09/24/2024 | | Receipt: | Event | **RECEIPT#:3180002 AMT PAID:$12.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 10 $1.00 $10.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:MASTER CARD TENDER AMT:$12.00 RECEIPT DATE:09/24/2024 REGISTER#:318 CASHIER:WILSOLI** |
| | 35 | 09/19/2024 | | Order Extending Time for | Event | **TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT FOR** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 34 | 09/18/2024 | | Motion for Extension of Time | Event | Parties: X CORP |
| | 33 | 09/16/2024 | | Motion for Extension of Time | Event | Parties: GOOGLE LLC |
| | 32 | 09/16/2024 | | Order Extending Time for | Event | **FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |
| | 31 | 09/12/2024 | | Order Granting Showing of Good Cause (FWOP Calendar) | Event | |
| | | 09/12/2024 | | FWOP Hearing | Hearing | |
| | 30 | 09/11/2024 | | Notice of Appearance | Event | Parties: Whitaker Damon Justin; Romero Ezequiel J; GOOGLE LLC |
| | 29 | 09/03/2024 | | Service Returned | Event | |
| | 28 | 09/02/2024 | | Motion: | Event | **FOR INJUNCTIVE RELIEF** |
| | 27 | 08/30/2024 | | Certificate of Service | Event | |
| | 26 | 08/30/2024 | | Affidavit of Service | Event | |
| | 25 | 08/30/2024 | | Receipt: | Event | **RECEIPT#:3200074 AMT PAID:$20.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$20.00 RECEIPT DATE:08/30/2024 REGISTER#:320 CASHIER:EFILINGUSER** |
| | 24 | 08/29/2024 | | Electronic Summons Email Notification Sent | Event | **VICTOR A DUCHARNE** |
| | 23 | 08/29/2024 | | Electronic Summons Email Notification Sent | Event | **VICTOR A DUCHARNE** |
| | | 08/29/2024 | | 20 Day Summons Issued | Service | |
| | 22 | 08/29/2024 | | ESummons 20 Day Issued | Event | **RE: INDEX # 20.** Parties: X CORP |
| | | 08/29/2024 | | 20 Day Summons Issued | Service | |
| | 21 | 08/29/2024 | | ESummons 20 Day Issued | Event | **RE: INDEX # 19.** Parties: GOOGLE LLC |
| | 20 | 08/28/2024 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 19 | 08/28/2024 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | | 08/28/2024 | | Motion Calendar | Hearing | **NOTICE OF READINESS FOR TRIAL** |
| | 18 | 08/27/2024 | | Amended Complaint | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 17 | 08/27/2024 | | Order: | Event | **CANCELLING AUGUST 28, 2024 HEARING** |
| | 16 | 08/27/2024 | | Order on Motion to Strike | Event | **SUA SPONTE** |
| | 15 | 08/20/2024 | | Notice of Trial (case at Issue) | Event | |
| | 14 | 06/18/2024 | | FWOP Notice | Event | |
| | 13 | 08/18/2023 | | Order Setting CM Deadline | Event | |
| | 12 | 06/21/2023 | | Motion: | Event | **REQUESTING TO MARK FILED AMENDED COMPLAINTS AND OTHER DOCUMENTS AS CONFIDENTIAL** |
| | 11 | 06/20/2023 | | Notice of Filing: | Event | **EXHIBITS** |
| | 10 | 06/20/2023 | | Amended Complaint | Event | |
| | 9 | 06/13/2023 | | Receipt: | Event | **RECEIPT#:3060015 AMT PAID:$50.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 TENDER TYPE:EFILINGS TENDER AMT:$50.00 RECEIPT DATE:06/13/2023 REGISTER#:306 CASHIER:EFILINGUSER** |
| | 8 | 06/06/2023 | | Evidence Submission EDP | Event | **PLAINTIFF EXHIBIT 1-A FOR ID-SOCIAL MEDIA PLATFORM: YOUTUBE CONTENT #1 & #2** |
| | 7 | 06/06/2023 | | Amended Complaint | Event | **COMPLAINT FOR DEFAMATION** |
| | 6 | 03/18/2023 | | Receipt: | Event | **RECEIPT#:3260138 AMT PAID:$401.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:03/18/2023 REGISTER#:326 CASHIER:EFILINGUSER** |
| | 4 | 03/16/2023 | | Exhibit List | Event | |
| | 3 | 03/16/2023 | | Complaint | Event | |
| | 2 | 03/16/2023 | | Notice of Confidential Information Within Court Filing | Event | |
| | 1 | 03/16/2023 | | Civil Cover Sheet - Claim Amount | Event | |

BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us

**Juan Fernandez-Barquin, Esq.**
**Clerk of the Court and Comptroller**
**Miami-Dade County**

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2024 Clerk of the Court & Comptroller. All rights reserved.

# Composite Exhibit A
# Tab 2

Third Amended Complaint
(D.E. 18)

Filing # 205692200 E-Filed 08/27/2024 04:34:03 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2023-004697-CA-01

VICTOR A. DUCHARNE Jr., Individual

Plaintiff,

vs.

GOOGLE, LLC., a Delaware Company

X, CORP., a Delaware Company

Defendants,

**AMENDED COMPLAINT FOR DEFAMATION**

COMES NOW, Plaintiff, VICTOR A. DUCHARNE, (hereinafter "DUCHARNE" or "PLAINTIFF"), self represented, sues GOOGLE, LLC., a Delaware Company and X, CORP. (formerly known as TWITTER, INC), a Delaware Company, for allowing anonymous people to make false and defamatory statements against me on their platforms "GOOGLE", "YOUTUBE" and "X" (formerly known as TWITTER), respectively.

**A. PARTIES, JURISDICTION & VENUE**

1. This is an action for Defamation (Libel and Slander Per Se).

2. PLAINTIFF VICTOR A. DUCHARNE, is an individual over the age of 18 who is sui juris and resides in Miami-Dade County.

3. GOOGLE, LLC., a Delaware Company, is the legal owner of GOOGLE search engine and YOUTUBE.

4. X, Corp. (formerly known as TWITTER, INC), a Delaware Company, is the legal owner of X platform (formerly Twitter).

5. This Claim is filed within the jurisdiction of Miami-Dade County. I respectfully request this Honorable Court's attention to this matter.

## B. GENERAL ALLEGATIONS, BACKGROUND AND DEFAMATORY STATEMENTS

6. PLAINTIFF submits this claim to seek an injuction against defamatory statements made by several anonymous accounts on the YOUTUBE and TWITTER platforms (formerly X). These accounts, operating under various pseudonymous, have caused significant harm to my reputation and well-being.

7. PLAINTIFFS' BACKGROUND: I am an individual of good standing and reputation within my community, I am working on a personal business project related to energy efficiency. I graduated as an attorney from Universidad Catolica Andres Bello (UCAB) in Venezuela. I owned and operated my own law firm in Venezuela until 2010, when I moved to the United States with my wife and children. In 2019, my family and I were involved in a legal complaint againts a company for debt collection. This trial concluded in 2024 with a judgement in our favor and a fraud complaint judgement againts the defendants in that case.

8. DEFAMATORY STATEMENTS: In 2023, several anonymous accounts were created on YOUTUBE and TWITTER platforms, which subsequently began posting defamatory content about me and my family. It it evident that these defamatory statements originate from the same individuals we have previously sued; however, do to the pseudonymous nature of these accounts, we are unable to identify the true creators or confirm those responsible for the posts. The false statements included, but are not limited, to the following:

- Statements alleging that I am a swindler or fraudster.
- Statements alleging that I fled Venezuela after swindling or defrauding a group of people through a real state project.

- Statements alleging that my family and I were involved in a scam involving a bank named "Banco Federal".
- Video containing pictures of me with the clear intention of damaging my reputation and good name.
- Twits posted on TWITTER making defamatory statements about me,including claims that I am a scammer.

## C. FALSHOOD AND HARM

9. FALSEHOOD: The statements made by these anonymous individuals using newly created accounts with the sole intention of defaming me are false and malicious. These statements are completely untrue and are intended to harm my reputation and character. I categorically deny their accuracy. My sworn statement is as follows: (i) I have never been accused or convicted of any criminal activity or wrongdoing; (ii) I am not, and have not been, involved in any real estate projects in Venezuela; (iii) My family has never been shareholders or owners of Banco Federal. I was a former external legal counsel for that financial institution, as well as for many others, but I have never been accused or convicted of any wrongdoing.

10. The defamatory statements made by these anonymous accounts/individuals using newly created accounts with the sole intention of defaming me, have caused substantial harm to my personal and professional reputation. As a direct result of this false and damaging content, I have experienced emotional distress, reputational damage, and potential harm to my personal and professional relationships.

## D. PUBLICATION AND REACH

10. PUBLICATION: The defamatory statements were published by anonymous individuals using newly created accounts with the sole intention of defaming me, under pseudonyms, on the YOUTUBE and X (formerly known as TWITTER) social media

platforms. I have relevant evidence, including screenshots and URLs, which can be found in Exhibit A.

11. REACH AND IMPACT: The defamatory statements were published in 2023 but may have substantial reach due to the wide audience potential of these online platforms. The content is also searchable via Google and may continue to cause irreparable harm to my reputation and character.

## E. INJUCTIVE RELIEF

12. INJUCTIVE RELIEF: I respectfully request that this Court issue an immediate injunction ordering YouTube, Twitter, Google, and any other social media platforms or search engines to remove all defamatory content published by these anonymous accounts, as well as any future defamatory content that may be posted against me.

DATE: August 27th, 2024.

Respectfully submited:

Victor A Ducharne
290 Sea View Dr.
Key Biscayne Fl. 33149
vducharne@yahoo.com

# Composite Exhibit A
# Tab 3

Summons to Google
(D.E. 21)

Filing # 205797842 E-Filed 08/28/2024 05:11:45 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2023-004697-CA-01

VICTOR A. DUCHARNE
Plaintiff,

vs.

GOOGLE, LLC
A Delaware company.

Defendant.

______________________________________/

**CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint/Petition in this lawsuit on the following named Defendant:

To: GOOGLE, LLC
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA, 95833

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint/Petition in this lawsuit on the above-named Defendants.

DATED ON 8/29/2024, 2024.

Juan Fernandez-Barquin,
Clerk of the Court and Comptroller

Clerk of the Court

217043

BY: ______________________
Deputy Clerk (Seal)

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede udted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en al guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante o Abogado del Demandante)

**IMPORTANT**

Des Poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date l'assignation cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des paries nommees ici, si vous souhaitez que el tribunal entende votre cause. Si vous no deposez pas votre argent, et vous biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediatsd'un avocat. Si vous ne connaissez pas d'advocat, vous pourrie telephoner a un service de reference d'advocat ou a un bureau d'assistance juridique (figurant a l'annuarie de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plainitff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

# Composite Exhibit A
# Tab 4

Affidavit of Service for Google
(D.E. 26)

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| **VICTOR A. DUCHARNE JR.** <br> Plaintiff/Petitioner <br> vs. <br> **GOOGLE, LLC; X, CORP.** <br> Defendant/Respondent | Case No.: **2023-004697-CA-01** <br><br> AFFIDAVIT OF SERVICE OF <br> **SUMMONS X2; AMENDED COMPLAINT** |

Received by **Kenneth Woo**, on the **29th day of August, 2024 at 7:37 PM** to be served upon **GOOGLE LLC c/o Corporation Service Company** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, Sacramento County, CA 95833**. On the **30th day of August, 2024 at 12:44 PM**, I, **Kenneth Woo**, **SERVED GOOGLE LLC c/o Corporation Service Company** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, Sacramento County, CA 95833** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Crystal Collins**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Crystal Collins who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service by dropbox. The individual appeared to be a brown-haired black female contact 18-25 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**

Service Fee Total: **$75.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| NAME: | [signature] | 16-003 | 08/30/2024 |
|---|---|---|---|
| | Kenneth Woo | Server ID # | Date |



REF: **2023004697**

Tracking #: **0141849383**

# Composite Exhibit A
# Tab 5

Google's Notice of Appearance
(D.E. 30)

Case 1:24-cv-23742-RAR Document 1-1 Entered on FLSD Docket 09/30/2024 Page 19 of 38

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO. 2023-004697-CA-01

VICTOR A. DUCHARNE JR.,

Plaintiff,

v.

GOOGLE LLC, a Delaware limited liability company and X, Corp., a Delaware Corporation.

Defendants.

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS**

PLEASE TAKE NOTICE that Ezequiel J. Romero, Esq. and Damon J. Whitaker, Esq. hereby appear as a counsel for Defendant **GOOGLE LLC** and request that copies of all pleadings, notices, orders, and other papers in this cause be served upon them. Pursuant to Florida Rules of General Practice and Judicial Administration 2.516, the undersigned hereby designates the following e-mail addresses for service of all orders, process, pleadings, and other documents in this matter:

Ezequiel J. Romero: ezequiel.romero@bclplaw.com
Damon J. Whitaker: damon.whitaker@bclplaw.com
*Secondary email:* Nivia.lascaibar@bclplaw.com

Respectfully submitted,

/s/ Ezequiel J. Romero

Ezequiel J. Romero, Esq.
Florida Bar No.: 107216
Damon J. Whitaker
Florida Bar No. 923591
BRYAN CAVE LEIGHTON PAISNER, LLP
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
Email: damon.whitaker@bclplaw.com
Email: Nivia.lascaibar@bclplaw.com

**CERTIFICATE OF SERVICE**

I certify that, on September 11, 2024, a true and correct copy of the foregoing Notice of Appearance as Counsel for Defendant Google LLC was served on all parties listed on the Court's Electronic Service List including Plaintiff Victor A. Ducharne Jr. via e-mail at vducharne@yahoo.com and via U.S. Mail at 290 Sea View Dr. Key Biscayne, Florida 33149.

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.

# Composite Exhibit A
# Tab 6

State Court Order
regarding lack of prosecution
(D.E. 31)

Filing # 206727736 E-Filed 09/12/2024 10:48:56 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2023-004697-CA-01
SECTION: CA23
JUDGE: Joseph Perkins

**VICTOR A DUCHARNE, Jr.**

Plaintiff(s)

vs.

**SEL ELECTRIC LLC et al**

Defendant(s)

______________________________/

## ORDER FINDING GOOD CAUSE

Docket Index Number: Index Number
Or
Efiling Number: Number Date Filed:
Full Name of Motion: Motion Name

**THIS CAUSE** came before the Court for hearing on an order to show cause why the action should not be dismissed, and based on the record before it, the Court finds good cause for the case to remain open.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 12th day of September, 2024.

2023-004697-CA-01 09-12-2024 10:38 AM
Hon. Joseph Perkins

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Ezequiel Joseph Romero, ezequiel.romero@bclplaw.com
Ezequiel Joseph Romero, damon.whitaker@bclplaw.com
Ezequiel Joseph Romero, nivia.lascaibar@bclplaw.com
VICTOR A DUCHARNE, vducharne@yahoo.com
VICTOR A DUCHARNE, ducharne@hotmail.com
VICTOR A DUCHARNE S, vducharne@yahoo.com

**Physically Served:**

# Composite Exhibit A
# Tab 7

Google's Agreed Motion
to extend response deadline
(D.E. 33)

Filing # 206971081 E-Filed 09/16/2024 02:33:32 PM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO. 2023-004697-CA-01

VICTOR A. DUCHARNE JR.,

Plaintiff,

v.

GOOGLE LLC, a Delaware limited liability company and X, Corp., a Delaware Corporation.

Defendants.

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, GOOGLE LLC ("Google"), moves for an extension of time through and including October 25, 2024 to file a response to Plaintiff's second Amended Complaint, and in support states as follows:

1. On August 27, 2024, Plaintiff filed a second Amended Complaint asserting claims for defamation against defendants Google and X, Corp. (formerly known as Twitter) in connection with third party content posted on YouTube and the "X" platform.[1]

2. On or about August 30, 2024, Google was served with a copy of the SAC.

3. The current deadline for Google to file a response to the SAC is September 19, 2024.

4. Google requires additional time to investigate Plaintiff's claims and formulate its response to the SAC and has been in discussions with Plaintiff concerning his claims.

[1] Although the pleading is titled "Amended Complaint," this is Plaintiff's second amended version of the complaint and is referred to hereinafter as the "SAC."

5. Google respectfully requests an extension of time through and including October 25, 2024, to file its response to the SAC.

6. The requested enlargement of time is not made for the purpose of delay, nor will it prejudice any of the parties involved in this action.

7. Counsel for Google conferred with Plaintiff regarding the relief requested in this motion. Plaintiff confirmed that Plaintiff does not oppose Google's request for additional time to file a response to the SAC through and including October 25, 2024, and that Google may submit this request for an extension as an Agreed Motion with Plaintiff's electronic signature.

WHEREFORE, Google respectfully requests that this Court enter an order: (i) granting Defendant's Motion for Extension of Time to file Response to the Amended Complaint; (ii) setting the deadline to file a Response to the Complaint to October 25, 2024; and (iii) granting any other relief that this Court deems just and proper.

Respectfully submitted this 16th day of September, 2024.

*/s/ Victor A. Ducharne, Jr.* _
Victor A. Ducharne, Jr.
290 Sea View Dr.
Key Biscayne, Florida 33149
Email: vducharne@yahoo.com
*Pro Se Plaintiff*

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero
Florida Bar No. 107216
Damon J. Whitaker
Florida Bar No. 923591
BRYAN CAVE LEIGHTON PAISNER, LLP
200 South Biscayne Blvd., Suite 400
Miami, Florida 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
Email: damon.whitaker@bclplaw.com
*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

I certify that, on September 16, 2024, a true and correct copy of the foregoing Agreed Motion for Extension of Time for Defendant Google LLC to File a Response to the Amended Complaint was served on all parties listed on the Court's Electronic Service List including Plaintiff Victor A. Ducharne Jr. via e-mail at vducharne@yahoo.com and via U.S. Mail at 290 Sea View Dr., Key Biscayne, Florida 33149.

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.

# Composite Exhibit A
# Tab 8

State Court Order
extending Google's response deadline
(D.E. 32)

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2023-004697-CA-01
SECTION: CA23
JUDGE: Joseph Perkins

**VICTOR A DUCHARNE, Jr.**

Plaintiff(s)

vs.

**SEL ELECTRIC LLC et al**

Defendant(s)

_______________________________/

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE came before the Court on the Agreed Motion for Extension of Time for Defendant Google LLC to File a Response to Plaintiff's second Amended Complaint (the "Motion"). The Court, noting the agreement of Plaintiff and Google LLC, and being fully advised in the premises, **ORDERS** as follows:

1. The Motion is hereby **GRANTED**.
2. The deadline for Google to file its response to the second Amended Complaint is hereby extended through and including October 25, 2024.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 16th day of September, 2024.

2023-004697-CA-01 09-16-2024 4:39 PM

2023-004697-CA-01 09-16-2024 4:39 PM
Hon. Joseph Perkins

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Ezequiel Joseph Romero, ezequiel.romero@bclplaw.com
Ezequiel Joseph Romero, damon.whitaker@bclplaw.com
Ezequiel Joseph Romero, nivia.lascaibar@bclplaw.com
VICTOR A DUCHARNE, vducharne@yahoo.com
VICTOR A DUCHARNE, ducharne@hotmail.com
VICTOR A DUCHARNE S, vducharne@yahoo.com

**Physically Served:**

# Composite Exhibit A
# Tab 9

X Corp.'s Agreed Motion
to extend response deadline
(D.E. 34)

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2023-0046970CA-01

VICTOR A. DUCHARNE Jr., Individual

Pro Se Plaintiff,

vs.

GOOGLE, LLC., a Delaware Company;
X, CORP, a Delaware company

Defendants.
_______________________________________/

**DEFENDANT X CORP.'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT FOR DEFAMATION**

Defendant X Corp. respectfully moves this Court for an extension of time – until October 25, 2024 – to respond to Plaintiff's Amended Complaint for Defamation. In support of this motion, X Corp. states as follows:

1. This is an action for injunctive relief against Defendants relating to allegedly defamatory statements published on their online platforms by anonymous individuals.

2. The return of service filed by Plaintiff states that X Corp. was served with a copy of the summons and complaint on September 3, 2024. Accordingly, X Corp.'s deadline to respond to this action is September 23, 2024.

3. Kenneth Trujillo-Jamison, counsel for X Corp. for this matter (who intends on seeking admission *pro hac vice* for this matter) is currently in trial and requires additional time to review Plaintiff's complaint and determine an appropriate response. Accordingly, X Corp. is requesting an extension of the current deadline to file its response.

4. Pursuant to Florida Rule of Civil Procedure 1.090(b)(1):

> When an act is required or allowed to be done at or within a specified time by order of court, by these rules, or by notice given thereunder, for cause shown the court at any time in its discretion: (A) with or without notice, may order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . .

5. This motion is presented before X Corp.'s time to respond has expired. Additionally, this motion is made in good faith and not for dilatory reasons, as counsel for X Corp. requires additional time to prepare and file its response to Plaintiffs' complaint. Furthermore, Plaintiff will not be prejudiced by the requested extension of time as it is modest and will not create a significant delay in proceedings.

6. Undersigned counsel has confered with Plaintiff, who is proceeding *pro se*, and GOOGLE LLC, and they have both agreed to the relief requested herein.

WHEREFORE, X Corp. respectfully request this Court grant it an extension of time, until October 25, 2024, to respond to Plaintiff's Amended Complaint for Defamation.

Dated: September 18, 2024

Respectfully submitted,

By: */s/ Gregory Boulos*

Gregory Boulos, Esq.
Florida Bar No. 98455
SHOOK, HARDY & BACON L.L.P.
Citigroup Centre, Suite 3200
201 S. Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 960-6996
Facsimile: (305) 358-7470
gboulos@shb.com
jfreire@shb.com

Christopher S.A. Shand, Esq.
Florida Bar No. 125121
SHOOK, HARDY & BACON L.L.P.

100 N. Tampa Street, Suite 2900
Tampa, FL 33602-5810
Telephone: (813) 202-7100
Fax: (813) 221-8837
cshand@shb.com
lmaranto@shb.com

***Counsel for X, Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been served through the Florida E-File Portal and by Electronic Mail this 18th day of September, 2024, to the parties listed below.

Victor A. Ducharne
290 Sea View Drive
Key Biscayne, FL 33149
vducharne@yahoo.com

***Pro se Plaintiff***

Ezequiel J. Romero
Florida Bar No. 107216
Damon J. Whitaker
Florida Bar No. 923591
BRYAN CAVE LEIGHTON PAISNER, LLP
200 South Biscayne Blvd., Suite 400
Miami, Florida 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
Email: damon.whitaker@bclplaw.com

**Attorneys for Google LLC**

*/s/ Gregory Boulos*
***Counsel for X, Corporation***

# Composite Exhibit A
# Tab 10

State Court Order
extending X Corp.'s response deadline
(D.E. 35)

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2023-004697-CA-01
SECTION: CA23
JUDGE: Joseph Perkins

**VICTOR A DUCHARNE, Jr.**

Plaintiff(s)

vs.

**SEL ELECTRIC LLC et al**

Defendant(s)

______________________________/

**ORDER GRANTING DEFENDANT X CORP'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT FOR DEFAMATION**

THIS CAUSE came before the Court on Defendant X Corp.'s Agreed Motion for Extension of Time to File Response to Plaintiff's Amended Complaint for Defamation (the "Motion"). The Court, noting that the Motion is agreed, and being fully advised in the premises, **ORDERS** as follows:

1. The Motion is **GRANTED.**
2. The deadline for X Corp. to file its response to Plaintiff's Amended Complaint for Defamation is hereby extended through and including October 25, 2024.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 19th day of September, 2024.

2023-004697-CA-01 09-19-2024 5:58 PM
Hon. Joseph Perkins

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Christopher St. Aubyn Shand, cshand@shb.com
Christopher St. Aubyn Shand, lmaranto@shb.com
Christopher St. Aubyn Shand, christopher-shand-9484@ecf.pacerpro.com
Ezequiel Joseph Romero, ezequiel.romero@bclplaw.com
Ezequiel Joseph Romero, damon.whitaker@bclplaw.com
Ezequiel Joseph Romero, nivia.lascaibar@bclplaw.com
Gregory Boulos, gboulos@shb.com
Gregory Boulos, jfreire@shb.com
Laura Maranto, lmaranto@shb.com
VICTOR A DUCHARNE, vducharne@yahoo.com
VICTOR A DUCHARNE, ducharne@hotmail.com
VICTOR A DUCHARNE S, vducharne@yahoo.com

**Physically Served:**